UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICK NICHTING,

    Plaintiff,

vs.

DPL INC., *et al.*,

    Defendants.

Consolidated Case No. 3:11-cv-141

Judge Timothy S. Black

## CALENDAR ORDER

This civil action came on for a status conference by telephone on November 8, 2011 at 2:00 p.m. Attorneys Juan Monteverde, John Camillus, Charlie Faruki, Amanda Kosowsky, William Porter, Robert Saunders, and Ronald Brown participated. The calendar for class action settlement of this case shall proceed as follows:

| | |
|---|---|
| Notice to federal and state officials mailed: | **November 12, 2011** |
| Notice to class members mailed: | **November 18, 2011** |
| Deadline for Plaintiffs' fee petition: | **January 18, 2012** |
| Deadline for filing objections to settlement agreement: | **February 9, 2012** |
| Deadline for any lawyer who intends to speak on behalf of an objector at the Settlement Hearing to enter a written notice of appearance: | **February 16, 2012** |
| Joint motion for final approval of settlement and response to objections: | **February 17, 2012** |
| Settlement Hearing in Dayton Courtroom 4, Federal Building, 200 West Second Street Dayton, Ohio 45202: | **February 23, 2012 at 10:30 a.m.** |

IT IS SO ORDERED.

Date: 11/8/11

Timothy S. Black
United States District Judge